# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

| | |
|---|---|
| IN RE: | CASE NO: 1–09–40499–cec |
| Ludwig Tortora and Patricia Tortora | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx–xx–6050             xxx–xx–6154 | |
| DEBTOR(s) | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- John S. Pereira (Trustee) is discharged as trustee of the estate of the above–named debtor(s).

- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Carla E. Craig
United States Bankruptcy Judge

Dated: March 21, 2011

**BLfnld7** [Final Decree rev 08/07/06]

United States Bankruptcy Court
Eastern District of New York

In re:                                                                  Case No. 09-40499-cec
Ludwig Tortora                                                          Chapter 7
Patricia Tortora
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0207-1          User: ggriffith          Page 1 of 1          Date Rcvd: Mar 21, 2011
                              Form ID: 205             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2011.
db/jdb      +Ludwig Tortora,   Patricia Tortora,   15 Blaine Court,   Staten Island, NY 10310-2807
tr          +John S. Pereira,   Pereira & Sinisi,   The Chrysler Building,   405 Lexington Avenue,   7th Floor,
              New York, NY 10174-0700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Mar 21 2011 18:16:13     United States Trustee,
              Office of the United States Trustee,   271 Cadman Plaza East,   Brooklyn, NY 11201-1833
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2011**                        **Signature:**    _Joseph Speetjens_